PATTERSON *vs.* NEWTON.

1. Where, to a suit in a justice's court, the defendant pleaded a set-off, plaintiff could defend against such plea by showing that the claim on which it was based had been settled, without further pleadings for that purpose.

(a.) There are no pleadings in a justice's court, except the summons and a copy of the account, note or cause of action sued on; the defendant may plead any matter of defence which would be allowed to suits in the superior court, and there no special pleadings are admitted.

2. The relief of a crop which was about to be levied on, and in which a person other than the debtor was interested, from the lien which he apprehended would be placed upon it, was a sufficient consideration for his promise to settle therefor.

3. This writ of error being destitute of merit, and appearing to have been brought for delay only, ten per cent damages are awarded against the plaintiff in error.

Judgment affirmed.

November 11, 1884.

HALL, Justice.

[Newton sued Patterson in a justice's court on an open account. The plea was set-off. The justice found for the plaintiff, and defendant appealed to a jury in that court. Plaintiff introduced evidence to show that one Clark

threatened to sue out a distress warrant for rent, against one Roberts, and have it levied on a crop in which defendant was interested; that at the instance of the defendant, plaintiff paid off this debt, defendant promising to pay him the amount of it in a settlement of accounts, and that it was more than equal to the set-off claimed by defendant, and was paid before the suit was commenced. This evidence was admitted over the objection of defendant, based on two grounds : (1) Because there were no pleadings to authorize it; and (2) because there was no consideration for the promise by defendant to pay this amount. On *certiorari*, this ruling was sustained, and defendant excepted.]